FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 MAR 22 P 4: 37

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR AGGRAVATED IDENTITY THEFT, FALSE STATEMENT TO A FIREARMS DEALER, AND FALSE STATEMENT TO A FEDERAL AGENCY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00053 |
| v. | * | SECTION: SECT. H MAG. 2 |
| BRETT GABRIEL | * | VIOLATIONS: 18 U.S.C. § 1028A |
| | * | 18 U.S.C. § 922(a)(6) |
| | | 18 U.S.C. § 924(a)(2) |
| | | 18 U.S.C. § 1001 |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Aggravated Identity Theft)

A.  **AT ALL TIMES MATERIAL HEREIN:**

*General Background*

1. In 2020 through 2022, **BRETT GABRIEL ("GABRIEL")**, was involved in fraudulently obtaining United States government-backed loan proceeds related to relief provided during the coronavirus pandemic.

2. **GABRIEL** used stolen identity information to submit a fraudulent federal government loan application to financial institutions operating in conjunction with the U.S. Small Business Administration, a federal agency of the United States.



Fee USA
Process
X Dktd
___ CtRmDep
___ Doc.No.

3. **GABRIEL** also used stolen identity information to purchase a firearm from a federally licensed firearms dealer in Houma, Louisiana and to open fraudulent bank accounts with financial institutions.

B.  **THE OFFENSE:**

On or about June 3, 2019, in the Eastern District of Louisiana and elsewhere, the defendant, **BRETT GABRIEL**, did knowingly possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(3), to wit: knowingly providing a false statement to a firearms dealer in connection with the acquisition of a firearm, in violation of 18 U.S.C. § 922(a)(6).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 2
(False Statement to a Firearms Dealer)

A.  **AT ALL TIMES MATERIAL HEREIN:**

The allegations of Paragraph A of Count 1 are incorporated as though fully set forth herein.

B.  **THE OFFENSE:**

On or about July 8, 2021, in the Eastern District of Louisiana, the defendant, **BRETT GABRIEL**, in connection with the acquisition of a firearm, an Angstadt Arms UDP-9, bearing serial number AA0904384, from Deselle's Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly furnished and exhibited a false, fictitious, and misrepresented identification to Deselle's Firearms, which identification was intended and likely to deceive Deselle's Firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3
(False Statement to a Federal Agency)

A.  **AT ALL TIMES MATERIAL HEREIN:**

The allegations of Paragraph A of Count 1 are incorporated as though fully set forth herein.

B.  **THE OFFENSE:**

On or about May 27, 2021, in the Eastern District of Louisiana, and elsewhere, the defendant, **BRETT GABRIEL**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsifying his identity on a U.S. Small Business Administration Paycheck Protection Program loan application. The statements and representations were false because, as **BRETT GABRIEL** then and there knew, he was not the individual he claimed to be on the federal loan application.

All in violation of Title 18, United States Code, Section 1001.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the offense alleged in Count 2, the defendant, **BRETT GABRIEL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to the following:

- Angstadt Arms UDP-9, 9mm caliber pistol, bearing serial number AA0904384, with magazine and ammunition.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Richard R. Pickens, II*
RICHARD R. PICKENS, II
Assistant United States Attorney
La. Bar Roll No. 22593

New Orleans, Louisiana
March 22, 2024

4

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## BRETT GABRIEL

## INDICTMENT

FOR AGGRAVATED IDENTITY THEFT, FALSE STATEMENT TO A FIREARMS DEALER, AND FALSE STATEMENT TO A FEDERAL AGENCY

**VIOLATIONS:**
18 U.S.C. § 1028A, 18 U.S.C. § 922(a)(6),
18 U.S.C. § 924(a)(2), 18 U.S.C. § 1001

A true bill:

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2024.

_____
Clerk

Bail, $ _____

_____
RICHARD R. PICKENS, II
Assistant United States Attorney